peals for the Sixth Circuit denied. Petitioner *pro se.* *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Fred E. Strine* for the United States.

No. 363. McFARLAND *v.* UNITED STATES. January 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. P. Bateman Ennis* for petitioner. *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 375. WILSON *v.* UNITED STATES. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 379. SIPE *v.* UNITED STATES. January 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner. *Solicitor General McGrath* and *Mr. Robert S. Erdahl* for the United States.

No. 380. LAUBAUGH *v.* UNITED STATES. January 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner. *Solicitor General McGrath* and *Mr. Robert S. Erdahl* for the United States.